**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**CASE NO. 5:23-CV-92-BJB**

| | |
|---|---|
| **MOTORISTS MUTUAL INSURANCE COMPANY,** | **PLAINTIFF,** |
| -VS- and | |
| **PINNACLE, INC.** | **DEFENDANT** |

### AGREED ENTRY OF DISMISSAL

All matters have been compromised, settled and paid and the Court sufficiently advised;

IT IS NOW THEREFORE ORDERED: all claims of the Plaintiff are dismissed with prejudice on the merits, without record except as to this Entry, each party to bear its own costs.

So ORDERED and ENTERED.

_____
JUDGE, UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF KENTUCKY

*[signature]*

Michelle L. Burden (90231)
GARVEY │ SHEARER │ NORDSTROM, PSC
2388 Grandview Drive
Ft. Mitchell, Kentucky 41017
Phone: (513) 445-3374
FAX: (866) 675-3676
mburden@gsn-law.com
*Attorney for Plaintiff, Motorists Mutual Insurance Company*

*/s/Robert E. Maclin, III*
**Per Approval 02/07/2024**
Robert E. Maclin, III (43025)
Scott A. Schuette (98591)
MCBRAYER PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
Phone: (859) 231-8780
FAX: (859) 231-6518
remaclin@mcbrayerfirm.com,
sschuette@mcbrayerfirm.com,
egreen@mcbrayerfirm.com
*Attorneys for Pinnacle, Inc.*